UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIKE ESLAVA, | ) | NO. EDCV 09-0760-CT |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ADJUDGED that this matter is **REMANDED** pursuant to sentence four of 42 U.S.C. §405(g) to defendant Commissioner of Social Security for further administrative action consistent with the opinion and order filed concurrently with this judgment.

DATED: September 29, 2010

CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE